UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80130-CIV-CANNON

**NADIA FRANCHI**,

    Plaintiff,

v.

**S&J CRAZY LIZARDS ENTERTAINMENT, LLC, et al.**,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Acceptance of Defendants' Rule 68 Offer of Judgment [ECF No. 19], which the Court accepted in a separate Order [ECF No. 20]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the accepted Rule 68 Offer of Judgment, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** as follows:

1. Plaintiff shall take judgment against Defendants in the total amount of **$40,000.00**, which is inclusive of any and all liquidated damages and attorneys' fees and costs.
2. Defendants shall bear their own attorneys' fees and costs.
3. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 29th day of June 2022.

                                                AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record